JASON LATHROP, AND OTHERS, APPELLANTS, v. WILLIAM BORDEN, ANDREW BORDEN AND OTHERS, RESPONDENTS.

*Monomaniac — when may not make will.*

A monomaniac cannot make a valid will if the delusion, which affects the general soundness of his mind, relates to the subject or objects of the will, or to the persons who would otherwise be likely, ordinarily, to be the recipients of his bounty, or where the provisions of the will are connected with, and influenced by, the particular delusion. (*Stanton* v. *Wetherwax*, 16 Barb., 263; *The Seamen's Friends Society* v. *Hopper*, 33 N. Y., 624.)

APPEAL from a decree of the surrogate of the county of Wyoming, refusing probate to an instrument purporting to be the will of John Borden, deceased, on the ground that he was not of sound mind at the date of its execution.

The General Term affirmed the decree, holding that the deceased was a monomaniac on the subject of Free Masonry, believing that the Masons intended to kill and rob him, and that his friends and relatives, especially his two brothers, were connected with them.

*Geo. F. Danforth*, for appellants.   *Harlow L. Comstock*, for respondents.

Opinion by SMITH, P. J.

Present — SMITH, P. J., GILBERT and MERWIN, JJ.    •

Judgment and decree affirmed, without costs of appeal to either party.